IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>        vs.<br><br>JOHN WONG, and<br>JOYCE LUO,<br><br>                          Defendants. | **8:22-CR-01**<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

This matter is before the Court upon the United States of America's Motion for Issuance of Preliminary Order of Forfeiture, Filing 25. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1.      On February 2, 2022, defendants Wong and Luo agreed to waive indictment by a grand jury, enter pleas of guilty to Count One of an Information, Filing 5, and admit to the Forfeiture Allegation. Filing 10; Filing 12.

2.      Count One charged the Defendants engaging in a conspiracy with transportation in interstate commerce with intent to promote prostitution, in violation of 18 U.S.C. § 371.

3.      The Forfeiture Allegation sought the forfeiture, pursuant to 18 U.S.C. §§ 981 and 2428 and 28 U.S.C. § 2461, of the following properties on the basis they were used or were intended to be used to facilitate said violation or constitute property derived from proceeds traceable to the violation alleged in Count One.

   a.   $1,073,476.17 U.S. currency;

   b.   $60,000 U.S. currency seized from safe deposit box xxxxxxx0487 located at
        SunTrust Bank in Orlando, Florida; and,

c.  a 2015 four-door wagon/sport utility BMW X6 SDRIVE351, VIN

5UXKUOC59FOF91847.

2.  By virtue of said guilty plea, the Defendant forfeits his interest in the above-described properties, and the United States should be entitled to possession of said properties, pursuant to 18 U.S.C. §§ 981 and 2428 and 28 U.S.C. § 2461.

3.  The United States' Motion for Issuance of Preliminary Order of Forfeiture should be granted.

IT IS THEREFORE ORDERED:

A.  The Motion for Issuance of Preliminary Order of Forfeiture, Filing 25, is hereby granted;

B.  Based upon defendants' pleas of guilty to the Forfeiture Allegation of the Information, the United States is hereby authorized to seize the above-described Property;

C.  The Defendant's interest in said properties is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 18 U.S.C. §§ 981 and 2428 and 28 U.S.C. § 2461;

D.  The aforementioned properties are to be held by the United States in its secure custody and control;

E.  Pursuant to 18 U.S.C. §§ 981 and 2428, the United States forthwith shall publish for at least thirty consecutive days on an official Government internet site, www.forfeiture.gov, notice of this Order, Notice of Publication evidencing the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the subject properties must file a

Petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier;

F. Said published notice shall state the Petition referred to in Paragraph E, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the properties, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject properties and any additional facts supporting the Petitioner's claim and the relief sought;

G. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties subject to this Order as a substitute for published notice as to those persons so notified;

H. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2428, in which all interests will be addressed.

Dated this 17th day of February, 2022.

BY THE COURT:

Brian C. Buescher
United States District Judge

3