IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JOHN WONG, and JOYCE LUO,<br><br>     Defendants. | 8:22-CR-1<br><br>**ORDER** |

    This matter is before the Court upon the government's Motion, Filing 28, to partially vacate the Preliminary Order of Forfeiture, Filing 26. The government asks the Court to partially vacate the Preliminary Order of Forfeiture as it pertains to the item described in paragraph 3(b) of the order, $60,000 U.S. currency seized from safe deposit box xxxxxxx0487 located at SunTrust Bank in Orlando, Florida. The government also seeks dismissal of the $60,000 U.S. currency from the Forfeiture Allegation of the Information, Filing 5. The Court reviews the record in this case and, being duly advised in the premises, finds the Motion should be granted. Accordingly,

    IT IS ORDERED:

    1. The government's Motion, Filing 28, is granted;

    2. The Preliminary Order of Forfeiture, Filing 26, is partially vacated as to the item in paragraph 3(b) of the order, $60,000 U.S. currency seized from safe deposit box xxxxxxx0487 located at SunTrust Bank in Orlando, Florida;

    3. Item 2(b) of The Forfeiture Allegation of the Information, the $60,000 U.S. currency seized from safe deposit box xxxxxxx0487 located at SunTrust Bank in Orlando, Florida, is dismissed; and

4. All other provisions will remain the same.

Dated this 1st day of March, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

2