IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22-CR-1 |
| vs. | |
| JOHN WONG, and JOYCE LUO, | FINAL ORDER OF FORFEITURE |
| Defendants. | |

This matter is before the Court upon the United States of America's Motion for Final Order of Forfeiture. Filing 67. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. This Court entered a Preliminary Order of Forfeiture, Filing 26; Filing 29, forfeiting Defendants' interest in the following Property:

    a. $1,073,476.17 U.S. currency;

    b. a 2015 four-door wagon/sport utility BMW X6 SDRIVE351, VIN 5UXKUOC59FOF91847.

2. On May 4, 2022, the United States filed a Declaration of Publication regarding the posting of a Notice of criminal forfeiture on an official internet government forfeiture site, www.forfeiture.gov regarding the subject Property. Filing 66.

3. The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Motion for Final Order of Forfeiture should be granted. Accordingly,

IT IS ORDERED:

1.  The government's Motion for Final Order of Forfeiture, Filing 67, is granted.

2.  All right, title and interest in and to the $1,073,476.17 U.S. currency and the 2015 four-door wagon/sport utility BMW X6 SDRIVE351, VIN 5UXKUOC59FOF91847 taken from Defendants, held by any person or entity are forever barred and foreclosed.

3.  The $1,073,476.17 U.S. currency and the 2015 four-door wagon/sport utility BMW X6 SDRIVE351, VIN 5UXKUOC59FOF91847 are forfeited to the government.

4.  The government is directed to dispose of this Property in accordance with law.

Dated this 4th day of May, 2022.

BY THE COURT:

Brian C. Buescher
United States District Judge